428 A.2d 693

Commonwealth v. Lobiondo, Appellant.

Submitted December 6, 1979. Norman A. Oshtry, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence is affirmed.

EAGEN, J., filed a memorandum dissenting opinion.